Submitted on remand from the Oregon Supreme Court May 11, reversed and
remanded August 8, 2001

STATE OF OREGON,
*Respondent,*

*v.*

DOUGLAS EUGENE ALDRICH,
*Appellant.*

94CR0191TM; A85846

29 P3d 1170

David E. Groom, Public Defender, and Eric R. Johansen, Deputy Public Defender, for appellant.

Hardy Myers, Attorney General, Michael D. Reynolds, Solicitor General, and Janet A. Klapstein, Assistant Attorney General, for respondent.

Before Haselton, Presiding Judge, and Deits, Chief Judge, and Wollheim, Judge.

PER CURIAM

**PER CURIAM**

This case is before us on remand from the Supreme Court for reconsideration in light of its decision in *State v. Fleetwood*, 331 Or 511, 16 P3d 503 (2000). We have concluded in the case of a codefendant of this defendant that the error in erroneously admitting audio recordings was not harmless. *State v. McCain*, 175 Or App 274, 28 P3d 641 (2001). For the same reasons that we concluded that the error was not harmless as to the codefendant, we conclude that the error was not harmless as to defendant.

Reversed and remanded.